State v. Schroer.

---

THE STATE v. SCHROER, *Appellant.*

Division Two, November 9, 1897.

Criminal Law: APPEALS. No exceptions being saved to any action of the court and the record being free of error, the judgment will be affirmed.

*Appeal from St. Louis City Circuit Court.*—HON. WILLIAM ZACHRITZ, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

With nothing but the record proper before us, and that appearing regular, and the indictment being in good form, the judgment of the trial court should be allowed to stand.

GANTT, P. J.—From a conviction and sentence for robbery in the first degree the defendant has appealed to this court.

No exceptions were taken to any action of the court during the trial, and no error appearing in the record proper, the judgment is affirmed.   SHERWOOD and BURGESS, JJ., concur.